| | |
|---|---|
| 1 | DAVID R. ONGARO, State Bar No. 154698 |
| | KYANN C. KALIN, State Bar No. 209030 |
| 2 | RAO ONGARO BURTT & TILIAKOS  LLP |
| | 595 Market Street, Suite 610 |
| 3 | San Francisco, CA  94105-2811 |
| | Telephone:  (415) 433-3900 |
| 4 | Facsimile:  (415) 433-3950 |
| 5 | Attorneys for Defendants |
| | AT&T MOBILITY LLC (f/k/a CINGULAR |
| 6 | WIRELESS LLC) |
| 7 | THERESE M. LAWLESS, State Bar No. 127341 |
| | SONYA L. SMALLETS, State Bar No. 226190 |
| 8 | LAWLESS & LAWLESS |
| | 180 Montgomery Street, Suite 2000 |
| 9 | San Francisco, CA 94104 |
| | Telephone: (415) 391-7555 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | LISA CANDEE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA CANDEE | Case No.  3:08-cv-04384-MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| AT&T MOBILITY LLC, CINGULAR WIRELESS SERVICES LLC and DOES ONE through FIFTY, inclusive | |
| Defendants. | |

WHEREAS, counsel for Defendant AT&T MOBILITY LLC (formerly known as CINGULAR WIRELESS LLC) has a trial in Los Angeles Superior Court scheduled to begin on April 2, 2009 and a trial in Monterey Superior Court scheduled to begin on April 13, 2009; and WHEREAS the parties desire to take at least two depositions prior to the mediation, Plaintiff Lisa Candee, by and through her attorneys of record and Defendant AT&T MOBILITY LLC

1  (formerly known as CINGULAR WIRELESS LLC), by and through its attorneys of records,
2  hereby stipulate and request that the Court enter an order altering the current schedule for
3  completing private mediation and for the further status conference as follows:
4    1) Private Mediation – deadline for completion to be continued from April 21, 2009 to
5       May 11, 2009 (mediation has already been scheduled with Jerry Spolter of JAMS on
6       that date);
7    2) Further Status Conference – to be rescheduled from April 27, 2009 at 3:00 p.m. until
8       the week following the completion of the May 11, 2009 mediation. **May 18, 2009 at 3:00 pm**
9  IT IS SO STIPULATED AND AGREED.

11  DATED: March 20, 2009    **RAO ONGARO BURTT & TILIAKOS LLP**

13  By /s/ Kyann C. Kalin
    Kyann Kalin

14  Attorneys for Defendants
    AT&T MOBILITY LLC (f/k/a CINGULAR WIRELESS LLC)

16  DATED: March 20, 2009    **LAWLESS & LAWLESS**

18  By /s/ Sonya L. Smallets
    Therese M. Lawless
    Sonya L. Smallets

20  Attorneys for Plaintiff
    LISA CANDEE

22  IT IS SO ORDERED.

24  DATED: 3/25/2009, 2009

    IT IS SO ORDERED
    Judge Marilyn H. Patel
    Hon. Judge of the Northern District of California

-2-

STIPULATION REGARDING MEDIATION DEADLINE
Case No.  3:08-cv-04384-MHP