1  DAVID R. ONGARO, State Bar No. 154698
   KYANN C. KALIN, State Bar No. 209030
2  RAO ONGARO BURTT & TILIAKOS LLP
   595 Market Street, Suite 610
3  San Francisco, CA 94105-2811
   Telephone: (415) 433-3900
4  Facsimile: (415) 433-3950

5  Attorneys for Defendants
   AT&T MOBILITY LLC (f/k/a CINGULAR
6  WIRELESS LLC)

7  THERESE M. LAWLESS, State Bar No. 127341
   SONYA L. SMALLETS, State Bar No. 226190
8  LAWLESS & LAWLESS
   180 Montgomery Street, Suite 2000
9  San Francisco, CA 94104
   Telephone: (415) 391-7555
10
   Attorneys for Plaintiff
11 LISA CANDEE

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | LISA CANDEE | Case No. 3:08-cv-04384-MHP |
|---|---|
18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STATEMENT OF UNDISPUTED FACTS REGARDING DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION** |
19 | v. | |
20 | AT&T MOBILITY LLC, CINGULAR WIRELESS SERVICES LLC and DOES ONE through FIFTY, inclusive | |
21 | | |
22 | Defendants. | Date:   November 16, 2009<br>Time:   2:00 p.m.<br>Before: Hon. Marilyn Hall Patel<br>Crtroom: 15 |

25      Defendant AT&T Mobility LLC (f/k/a Cingular Wireless LLC) and Plaintiff Lisa Candee,
26 by and through their attorneys of record in this action, hereby STIPULATE AND AGREE to
27 extend the time to file the Statement of Undisputed Facts Regarding Defendant's Motion for
28

STIPULATION REGARDING STATEMENT
OF UNDISPUTED FACTS
Case No. 3:08-cv-04384-MHP

1  Summary Adjudication from October 26, 2009 until October 30, 2009 to allow the parties
2  additional time to confer about the Statement following Plaintiff's filing of her Opposition brief.
3         IT IS SO STIPULATED AND AGREED.

5  DATED: October 23, 2009          **RAO ONGARO BURTT & TILIAKOS LLP**

                                    By  /s/ Kyann C. Kalin
                                        Kyann Kalin

                                    Attorneys for Defendants
                                    AT&T MOBILITY LLC (f/k/a CINGULAR WIRELESS LLC)

10 DATED: October 23, 2009          **LAWLESS & LAWLESS**

                                    By  /s/ Sonya L. Smallets
                                        Therese M. Lawless
                                        Sonya L. Smallets

                                    Attorneys for Plaintiff
                                    LISA CANDEE

16 IT IS SO ORDERED.

          10/28/09
18 DATED: _____          _____
                                      Hon.
19                                    Judge of the ...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

-2-

STIPULATION REGARDING STATEMENT OF
UNDISPUTED FACTS
Case No. 3:08-cv-04384-MHP