UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CANDEE,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>AT&T MOBILITY LLC, et al.,<br><br>　　　　Defendant(s). | No. C08-4384 MHP (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO:   Defendant(s) and their attorney(s) of record:

On 11/20/09, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for 12/8/2009.  Your statement was due 12/1/2009. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: December 2, 2009

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\CANDEE LATE PAPERS ORD.wpd

1