UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA CANDEE,                     )
                                 )
          Plaintiff(s),          )          No. C08-4384 MHP (BZ)
                                 )
     v.                          )
                                 )          **ORDER SCHEDULING TELEPHONE**
AT&T MOBILITY LLC, et al.,       )          **CONFERENCE RE SETTLEMENT**
                                 )          **NEGOTIATIONS**
          Defendant(s).          )
_____)

     **IT IS HEREBY ORDERED** that a telephone conference to

discuss the status of the settlement negotiations is scheduled

for **Tuesday, December 15, 2009 at 11:00 a.m.**  Counsel shall

contact **CourtCall**, telephonic court appearances at **1-888-882-**

**6878**, and make arrangements for the telephonic conference

call.  The party principals may but need not participate.

Dated: December 8, 2009

                              _____
                                     Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\CANDEE TEL CONF ORD.wpd

1