UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CANDEE,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>AT&T MOBILITY LLC, et al.,<br><br>　　　　Defendant(s). | No. C08-4384 MHP (BZ)<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

In light of the explanation defendant provided in its response to the order to show cause, and in particular the apparent failure by plaintiff to have made a timely settlement demand, **IT IS ORDERED** as follows:

1. The order to show cause is **DISCHARGED** and the hearing scheduled for **January 6, 2010 is VACATED**.

2. A further settlement conference is scheduled for **Friday, January 22, 2010 at 9:15 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Defendant shall be represented by its Chief Executive Officer or any person to whom the Chief Executive Officer delegates "unlimited" authority, using

1

1  defendant's term, to negotiate a settlement within the ranges
2  discussed at the prior settlement conference.
3      3.  Plaintiff shall attend with her counsel.
4      4.  No further settlement conference statements need be
5  filed unless there have been intervening events which either
6  side believes the Court needs to be aware of prior to the
7  conference.
8  Dated: January 4, 2010

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\CANDEE ORD SCHEDULING FURTHER SETT CONF.wpd

2