| | |
|---|---|
| 1 | DAVID R. ONGARO, State Bar No. 154698 |
| | KYANN C. KALIN, State Bar No. 209030 |
| 2 | ONGARO BURTT LLP |
| | 595 Market Street, Suite 610 |
| 3 | San Francisco, CA 94105-2811 |
| | Telephone: (415) 433-3900 |
| 4 | Facsimile: (415) 433-3950 |
| 5 | Attorneys for Defendants |
| | AT&T MOBILITY LLC (f/k/a CINGULAR |
| 6 | WIRELESS LLC) |
| 7 | THERESE M. LAWLESS, State Bar No. 127341 |
| | SONYA L. SMALLETS, State Bar No. 226190 |
| 8 | LAWLESS & LAWLESS |
| | 180 Montgomery Street, Suite 2000 |
| 9 | San Francisco, CA 94104 |
| | Telephone: (415) 391-7555 |
| 11 | Attorneys for Plaintiff |
| | LISA CANDEE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA CANDEE | Case No. 3:08-cv-04384-MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| AT&T MOBILITY LLC, CINGULAR WIRELESS SERVICES LLC and DOES ONE through FIFTY, inclusive | |
| Defendants. | |

WHEREAS, counsel for Defendant AT&T MOBILITY LLC (formerly known as CINGULAR WIRELESS LLC) has a trial in Los Angeles Superior Court scheduled to begin on January 19, 2010, Plaintiff Lisa Candee, by and through her attorneys of record and Defendant AT&T MOBILITY LLC by and through its attorneys of records, hereby stipulate and request that

the Court enter an order continuing the currently scheduled Settlement Conference from January 22, 2010 to Feburary 26, 2010.

IT IS SO STIPULATED AND AGREED.

DATED: January 12, 2010    **ONGARO BURTT LLP**

By /s/ David R. Ongaro

Attorneys for Defendants
AT&T MOBILITY LLC

DATED: January 12, 2010    **LAWLESS & LAWLESS**

By *[signature]*
Therese M. Lawless
Sonya L. Smallets

Attorneys for Plaintiff
LISA CANDEE

WITH GOOD CAUSE APPEARING IT IS SO ORDERED.

DATED: January 12, 2010    *[signature]*
Hon. Bernard Zimmerman
Judge of the United States District Court,
Northern District of California

-2-