1  DAVID R. ONGARO, State Bar No. 154698
   KYANN C. KALIN, State Bar No. 209030
2  ONGARO BURTT LLP
   595 Market Street, Suite 610
3  San Francisco, CA 94105-2811
   Telephone: (415) 433-3900
4  Facsimile: (415) 433-3950

5  Attorneys for Defendants
   AT&T MOBILITY LLC (f/k/a CINGULAR
6  WIRELESS LLC)

7  THERESE M. LAWLESS, State Bar No. 127341
   SONYA L. SMALLETS, State Bar No. 226190
8  LAWLESS & LAWLESS
   180 Montgomery Street, Suite 2000
9  San Francisco, CA 94104
   Telephone: (415) 391-7555
10
   Attorneys for Plaintiff
11 LISA CANDEE

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | LISA CANDEE                       | Case No. 3:08-cv-04384-MHP
18 |        Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE**
19 |   v.                              |
20 | AT&T MOBILITY LLC, CINGULAR WIRELESS SERVICES LLC and DOES ONE
21 | through FIFTY, inclusive          |
22 |        Defendants.                |

23

24      WHEREAS, counsel for Defendant AT&T MOBILITY LLC (formerly known as

25 CINGULAR WIRELESS LLC) has a trial in Los Angeles Superior Court scheduled to begin on

26 January 19, 2010, Plaintiff Lisa Candee, by and through her attorneys of record and Defendant

27 AT&T MOBILITY LLC by and through its attorneys of records, hereby stipulate and request that

28

the Court enter an order continuing the currently scheduled Settlement Conference from January 22, 2010 to Feburary 26, 2010.

IT IS SO STIPULATED AND AGREED.

DATED: January 12, 2010             **ONGARO BURTT** LLP

By  /s/ David R. Ongaro

Attorneys for Defendants
AT&T MOBILITY LLC

DATED: January 12, 2010             **LAWLESS & LAWLESS**

By  _Therese Lawless_
Therese M. Lawless
Sonya L. Smallets

Attorneys for Plaintiff
LISA CANDEE

WITH GOOD CAUSE APPEARING IT IS SO ORDERED.

DATED: __January 12__, 2010

Hon. Bernard Zimmerman
Judge of the United States District Court,
Northern District of California

-2-

STIPULATION REGARDING SETTLEMENT CONFERENCE
Case No. 3:08-cv-04384-MHP