UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA CANDEE,

    Plaintiff,

v.

AT&T WIRELESS MOBILITY LLC, CINGULAR WIRELESS EMPLOYEE SERVICES, LLC and DOES ONE through FIFTY, inclusive,

    Defendants.

No. C 08-04384 MHP

**Judgment**

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting summary judgment in favor of defendants,

IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment is GRANTED and the action is DISMISSED in its entirety.

DATED: December 1, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California